UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| The LAUNDRY CONNECTION OF INDIANA INC. and the LAUNDRY BASKET & LAUNDRY & TAN CONNECTION OF INDIANA, INC. | ) ) ) ) ) | CASE NUMBER: 1:14-cv-1830 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| TRAVELERS PROPERTY CASUALTY, a member of TRAVELERS GROUP, THE TRAVELERS INDEMNITY COMPANY OF AMERICA and THE TRAVELERS INDEMNITY COMPANY. | ) ) ) ) ) ) | |
| Defendants | ) | |

## COMPLAINT FOR DECLARATORY JUDGMENT AND FOR DAMAGES

Plaintiffs, the Laundry Connection of Indiana, Inc. ("Laundry Connection") and the Laundry Basket & Laundry & Tan Connection of Indiana, Inc. ("Laundry Basket"), by counsel, for their Complaint for Declaratory Judgment and for Damages ("Complaint") against the Defendants, allege and state the following:

### I. Parties

**1.1** The Laundry Connection and the Laundry Basket are the former and/or current owners and operators of a coin operated Laundromat and tanning facility located at 545 South Rural Street, Indianapolis, Indiana, 46203.

**1.2** Upon information and belief, Travelers Property Casualty, a member of Travelers Group, The Travelers Indemnity Company of America, and The Travelers Indemnity Company,

1

their successors and assigns ("Travelers") is a Connecticut corporation licensed to conduct business in the state of Indiana.

**1.3**  The amount in controversy, exclusive of interest and costs, exceeds the sum of Seventy Five Thousand Dollars ($75,000.00).

**1.4**  Subject matter jurisdiction is vested in this Court pursuant to 28 U.S.C. §1332(a).

**1.5**  Venue lies in this Court pursuant to 28 U.S.C. §1391(b).

**1.6**  This Court has personal jurisdiction over Laundry Connection, Laundry Basket and Travelers.

## II.   Factual Allegations

**2.1**  Plaintiffs Laundry Connection and Laundry Basket incorporate herein by reference the allegations contained within rhetorical Paragraphs 1.1 through 1.6 of this Complaint.

**2.2.**  Michael D. Gilley and David L. Gilley are owners of the subject property located at 545 South Rural Street, Indianapolis, Indiana, 46203.

**2.3**  Laundry Connection is an Indiana Corporation whose directors and officers are listed with the Indiana Secretary of State's Office as Michael D. Gilley and Barbara L. Gilley.

**2.4**  Laundry Basket is an Indiana Corporation whose directors and officers are listed with the Indiana Secretary of State's Office as Michael D. Gilley and David L. Gilley.

**2.5**  Travelers is a Connecticut corporation with its principal place of business and nerve center in Hartford, Connecticut, which, at all times material hereto, was duly authorized to transact the business of insurance within the State of Indiana.

**2.6**  Travelers issued numerous policies of insurance to both Laundry Connection and Laundry Basket.

**2.7** Beginning in January 2005, the Laundry Connection approved Subsurface Investigations at the subject location on Rural Street (the "Site") wherein perchloroethylene ("PCE") was detected in the subsurface soil and on-site groundwater at amounts above the Indiana Department of Environmental Management ("IDEM") screening limits.

**2.8** Investigation to date indicates that while the Laundry Connection and the Laundry Basket did not operate any dry-cleaning facility at the Site, a prior owner engaged in dry-cleaning operations at the Site from 1983 until 1993.

**2.9** On June 1, 2009, The Laundry Connection provided notice of the potential claim to Saint Paul Travelers which notice is attached hereto as Exhibit "1", and is incorporated herein by reference.

**2.10** On December 8, 2009, the Laundry Connection applied for and was accepted into IDEM's Voluntary Remediation Program ("VRP") which verification is attached hereto as Exhibit "2", and is incorporated herein by reference.

**2.11** Upon receipt of its acceptance into the VRP, the Laundry Connection notified its insurers of the cleanup action and demanded defense and indemnification against the IDEM action from the Laundry Connection's and Laundry Basket's historic insurers including the Hanover Insurance Company ("Hanover") and Travelers, which further notice is attached hereto as Exhibit "3", and is incorporated herein by reference.

**2.12** On July 22, 2010, Travelers denied the Laundry Connection's and Laundry Basket's claims for defense and indemnification which denial is attached hereto as Exhibit "4", and is incorporated herein by reference.

**2.13**   True and correct copies of the Travelers Policies provided by Travelers and issued to provide coverage to either and/or both Laundry Connection and Laundry Basket are attached hereto as Exhibits "5"-"32", and are incorporated herein by reference:

**Exhibit "5":** 1/19/1998-1/19/1999 Travelers' policy 577Y602-A (CGL) issued to Laundry Connection as for per IL T8 00 (G & G Laundry Connection; Laundry Basket and Laundry &Tan Connection of Indiana).

**Exhibit "6":** 1/19/1998-1/19/1999 Travelers' policy 577Y633-2 (Umbrella) issued to Laundry Connection as for per IL T8 00 (G & G Laundry Connection; Laundry Basket and Laundry &Tan Connection of Indiana).

**Exhibit "7":** 1/19/1999-1/19/2000 Travelers' policy 577Y602-A (CGL) issued to Laundry Connection and as per IL T8 00 (IL T8 00 01 issued to the Laundry Connection; G & G Laundry Connection; Laundry Basket; and Laundry & Tan Connection of Indiana, Inc. as Named Insureds).

**Exhibit "8":** 1/19/1999-1/19/2000 Travelers' policy 577Y633-2 (Umbrella) issued to Laundry Connection and as per IL T8 00 (IL T8 00 01 names the Laundry Connection; G & G Laundry Connection; Laundry Basket; and Laundry & Tan Connection of Indiana, Inc. as Named Insureds).

**Exhibit "9":** 1/19/2000 – 1/19/2001 Travelers' policy 680-577Y602A (CGL) issued to : Laundry Connection and per IL T8 00 (IL T8 00 names the Laundry Connection; G & G Laundry Connection; Laundry Basket; and Laundry & Tan Connection of Indiana, Inc.; Laundries Unlimited of Indiana, Inc. d/b/a Levee Laundry & Tan Connection all as Named Insureds.)

**Exhibit "10":** 1/19/2000 – 1/19/2001 Travelers' policy 577Y633 (Umbrella) issued to : Laundry Connection and per IL T8 00 (IL T8 00 names the Laundry Connection; G & G Laundry Connection; Laundry Basket; and Laundry & Tan Connection of Indiana, Inc.; Laundries Unlimited of Indiana, Inc. d/b/a Levee Laundry & Tan Connection all as Named Insureds.)

**Exhibit "11":** 1/19/2001 – 1/19/2002 Travelers' policy 680-577Y602 (CGL) issued to Laundry Connection and as per IL T8 00 (saw Laundry Connection of Indiana, Inc.; Laundry Basket; Laundry & Tan Connection of Indiana, Inc.; Laundries Unlimited in Indiana, Inc. d/b/a Levee Laundry & Tan Connection; G & G Laundry Connection all Named Insureds)

**Exhibit "12":** 1/19/2001 – 1/19/2002 Travelers' policy 577Y6332 (Umbrella) issued to Laundry Connection and as per IL T8 00 (saw Laundry Connection of Indiana, Inc.; Laundry Basket; Laundry & Tan Connection of Indiana, Inc.; Laundries Unlimited in Indiana, Inc. d/b/a Levee Laundry & Tan Connection; G & G Laundry Connection all Named Insureds)

**Exhibit "13":** 1/19/2002 – 1/19/2003 Travelers' policy 680-577Y602 (CGL) issued to Laundry Connection and as per IL T8 00.

**Exhibit "14":** 1/19/2002 – 1/19/2003 Travelers' policy 577Y633-2 (Umbrella) issued to Laundry Connection.

**Exhibit "15":** 9/19/2003 – 9/19/2004 Travelers' policy 680-577Y602A (CGL) issued to Laundry Connection and as per IL T8 00.

4

**Exhibit "16":**  9/19/2003 – 9/19/2004 Travelers' policy  577Y633-2 (Umbrella) issued to The Laundry Connection of Indiana, Inc. (Umbrella)
**Exhibit "17":**  1/19/2004 – 1/19/2005 Travelers' policy I-680-3604W757 (CGL) issued to Laundry Connection of Indiana, Inc.
**Exhibit "18":**  1/19/2004 – 1/19/2005 Travelers' policy 577Y633-2 (Umbrella) issued to Laundry Connection of Indiana, Inc.
**Exhibit "19":**  1/19/2005 – 1/19/2006 Travelers' policy I-680-3604W757 (CGL) issued to Laundry Connection of Indiana, Inc.
**Exhibit "20":**  1/19/2005 – 1/19/2006 Travelers' policy 577Y633-2 (Umbrella) issued to Laundry Connection of Indiana, Inc.
**Exhibit "21":**  1/19/2006 -1/19/2007 Travelers' policy I-680-3604W757 (CGL) issued to Laundry Connection of Indiana, Inc.
**Exhibit "22":**  1/19/2006 -1/19/2007 Travelers' policy 577Y633-2 (Umbrella) issued to Laundry Connection of Indiana, Inc.
**Exhibit "23":**  1/19/2007 -1/19/2008 Travelers' policy I-680-6469C242 (CGL)) issued to Laundry Connection of Indiana, Inc.
**Exhibit "24":**  1/19/2007 -1/19/2008) Travelers' policy 577Y633-2 (Umbrella) issued to Laundry Connection of Indiana, Inc.
**Exhibit "25":**  1/19/2008 -1/19/2009 Travelers' policy I-680-6469C242 (CGL)) issued to Laundry Connection of Indiana, Inc.
**Exhibit "26":**  1/19/2008 -1/19/2009 Travelers' policy 577Y633-2 (Umbrella) issued to Laundry Connection of Indiana, Inc.
**Exhibit "27":**  1/19/2009 -1/19/2010 Travelers' policy I-680-6469C242 (CGL)) issued to Laundry Connection of Indiana, Inc.
**Exhibit "28":**  1/19/2009 -1/19/2010 Travelers' policy 577Y633-2 (Umbrella) issued to Laundry Connection of Indiana, Inc.
**Exhibit "29":**  1/19/2010 – 1/19/2011 Travelers' policy I-680-6469C242 (CGL)) issued to Laundry Connection of Indiana, Inc.
**Exhibit "30":**  1/19/2010 – 1/19/2011 Travelers' policy 577Y633-2 (Umbrella) issued to Laundry Connection of Indiana, Inc.
**Exhibit "31":**  1/19/2011 – 1/19/2012 Travelers' policy I- 680-6469C242 (CGL)) issued to Laundry Connection of Indiana, Inc.
**Exhibit "32":**  1/19/2011 – 1/19/2012 Travelers' policy 577Y633-2 (Umbrella) issued to Laundry Connection of Indiana, Inc.

**2.14**   In total, Travelers issued fourteen (14) general liability insurance policies and fourteen (14) Umbrella excess policies to either and/or both of its insureds, Laundry Connection and Laundry Basket.

**2.15**   Initial notice of the claim was made to Travelers on June 1, 2009. *See Exhibit "1."* Despite repeated attempts by counsel for both Plaintiffs and Hanover and over four years after the initial notice of the claim to Travelers, Travelers has still not agreed to fully participate

in the defense of Laundry Connection and Laundry Basket. Furthermore, Travelers is not participating in any of the investigation and remediation ordered by IDEM as part of the VRP cleanup entered into by Laundry Connection as documented in Travelers' Reservation of Rights letter dated September 10, 2014, and attached hereto as Exhibit "33", and incorporated herein by reference.

### III.   Breach of Contract

**3.1**   Plaintiffs Laundry Connection and Laundry Basket incorporate herein by reference the allegations contained within rhetorical Paragraphs 2.1 through 2.15 of this Complaint.

**3.2**   Pursuant to current Indiana case law and under its policies attached hereto and identified as Exhibit "5"-"32" Travelers had a clear duty to defend and indemnify the Laundry Connection and the Laundry Basket against the IDEM action for environmental cleanup related to Laundry Connection's participation in the VRP.

**3.3**   Travelers has breached its insurance contracts with Laundry Connection and Laundry Basket through its refusal to defend and indemnify its insureds against the IDEM action for compliance under the VRP.

### IV.   Bad Faith

**4.1**   Plaintiffs Laundry Connection and Laundry Basket incorporate herein by reference the allegations contained within rhetorical Paragraphs 3.1 through 3.3 of this Complaint.

**4.2**   Travelers' refusal to defend and indemnify the Plaintiffs against the IDEM action in light of clear Indiana law establishing its duty to do so under the policies attached as Exhibits "5" –"32" constitutes bad faith and entitles the Plaintiffs to exemplary damages.

### V.     Controversy at Issue and Prayer for Relief

**5.1**     Plaintiffs Laundry Connection and Laundry Basket incorporate herein by reference the allegations contained within rhetorical Paragraphs 4.1 through 4.2 of this Complaint.

**5.2**     An actual controversy exists between the parties hereto concerning whether Travelers has a duty under the Travelers Policies to defend Laundry Connection and Laundry Basket against IDEM action:

      **(a)**     Laundry Connection and Laundry Basket contend that Travelers has a duty under the Travelers Policies to defend Laundry Connection and Laundry Basket against the IDEM action; and

      **(b)**     Travelers has refused to fully defend and Laundry Connection and Laundry Basket under the Travelers Policies against the IDEM action.

WHEREFORE, Laundry Connection and Laundry Basket respectfully requests the following relief:

**A.**     That the Court declare that Travelers has a duty under the Travelers Policy to defend Laundry Connection and Laundry Basket against the IDEM action;

**B.**     That the Court declare that Travelers has a duty under the Travelers Policy to indemnify Laundry Connection and Laundry Basket against the IDEM action;

**C.**     For judgment against Travelers for attorney's fees, costs and expenses in proportion to Travelers' allocated time on the risk under the Travelers' Policies, in connection with the defense and indemnity of Laundry Connection and Laundry Basket against the IDEM action, together with pre-judgment interest thereon at the statutory rate;

**D.**     For exemplary damages due to Travelers' bad faith conduct in refusing to defend and indemnify Laundry Connection and Laundry Basket against the IDEM action;

**E.**     Costs; and

F.  Such further relief as the Court deems just and proper.

Wherefore, Plaintiffs respectfully request judgment in their favor on the allegations of this Complaint, the costs of this action and any and all other appropriate relief.

Respectfully Submitted,

SMITH FISHER MAAS HOWARD
& LLOYD, P.C.

_____
REBECCA J. MAAS 14090-49-A

_____
RHONDA M. CRAUN 19771-49

SMITH FISHER MAAS HOWARD
& LLOYD, P.C.
7209 North Shadeland Avenue
Indianapolis, Indiana  46250
Telephone:  (317) 578-1900
Facsimile:  (317) 578-1330
E-Mail:  rmaas@smithfisher.com;
rcraun@smithfisher.com
Attorneys for Plaintiffs, The Laundry Connection of Indiana, INC.
and the Laundry Basket & Laundry & Tan Connection of Indiana, INC.